# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ROB FISCHER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 C 3650 |
| | ) | |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| NETGEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

    The Court previously dismissed plaintiff's complaint for want of jurisdiction and granted plaintiff until June 21, 2018 to file an amended complaint which properly alleges a basis for this Court's jurisdiction. Plaintiff has not done so. Accordingly, this case is terminated.

**SO ORDERED.**       **ENTERED: June 25, 2018**

_____
**JORGE L. ALONSO**
**United States District Judge**